No. 3177.—RIVERA, APLTE., *v.* SUÁREZ Y COLLAZO, APLDOS. — C. D. Ponce. *Mandamus.* Junio 25, 1924. Examinadas las alegaciones y las pruebas y visto el tomo II de "Dillon sobre Corporaciones Municipales", p. 1314, sección 886 y el caso de *Axtmayer* v. *Kessinger, Auditor,* 32 D.P.R. 915, se

anula la sentencia de julio 7, 1923, y en su lugar se dicta sentencia por esta corte contra Silvestre Suárez, Auditor del Municipio de Jayuya, para que proceda a librar el cheque de $2,000 a que se contrae, la petición, en la forma prescrita en la ordenanza de septiembre 7, 1922, sin costas.